983 So.2d 926 (2008)
STATE ex rel. Harold E. GORDON, Jr.
v.
STATE of Louisiana.
No. 2007-KH-1848.
Supreme Court of Louisiana.
June 6, 2008.
In re Gordon, Harold E. Jr.;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of St. Tammany, 22nd Judicial District Court Div. C, No. 274001; to the Court of Appeal, First Circuit, No. 2007 KW 1217.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189.
WEIMER, J., recused.